(December 10, 1984)

■ FRANK CALCEANO, Individually and as Administrator of the Estate of MICHAEL J. CALCEANO, Deceased, et al., Respondents, v UNITED PARCEL SERVICE, INC., et al., Appellants. CITY OF NEW YORK, Third-Party Defendant-Respondent. (And Another Action.) — Order of the Supreme Court, Kings County (Clemente, J.), dated January 16, 1984, affirmed insofar as appealed from, with one bill of costs (see *Shaw v City of Auburn,* 91 AD2d 817, affd 59 NY2d 780; *Aetna Life & Cas. v City of New York,* 116 Misc 2d 838; cf. *Haviland v Smith,* 91 AD2d 764). Boyers, J. P., Rubin, Lawrence and Eiber, JJ., concur.